JANUARY 21, 1957.

No. 599.   FEDERAL HOUSING ADMINISTRATION v. THE
DARLINGTON, INC.

*Per Curiam:* Probable jurisdiction is noted.   In view of
the refusal of the appellant to approve rental schedules
for furnished apartments in appellee's apartment project
unless appellee agrees not to rent apartments for periods
of less than 30 days, a cause of action for injunctive relief
is stated.   An injunction restraining enforcement of an
Act of Congress for repugnance to the Constitution
cannot, however, be granted by any District Court unless
the application is heard and determined by a three-judge
District Court, 28 U. S. C. § 2282.   The judgment is

therefore reversed and the case is remanded for consideration by a three-judge District Court. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *Herman Marcuse* for appellant.